# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

———————

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

September 26, 2025

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court appoints attorney Rachel Perillo as
associate counsel in this matter nunc pro tunc to
August 28, 2025.

9/29/2025    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

      Re:    United States v. Jones
               Including RANDY MACCOW
               25 Cr. 345 (LJL)

Dear Judge Liman:

      Matthew Kluger and I represent Randy MacCow, the defendant in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act. This letter is respectfully submitted to request that your Honor authorize the appointment of my associate, Rachel Perillo, Esq., as associate counsel in this matter to assist Mr. Kluger and I in various aspects of the case.

      Ms. Perillo has been an associate at my law office for approximately eight years and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern and Eastern Districts of New York, including in capital cases.  It is expected that her assistance will be needed in Mr. MacCow's case for various reasons. This is a complex potential capital matter and the discovery is expected to be voluminous. Ms. Perillo is needed to help review these materials, as well as to visit with Mr. MacCow at the Hudson County Correctional Center in New Jersey to review discovery and discuss his case. Additionally, Ms. Perillo will be needed to assist in legal research and the preparation of any mitigation submissions, pretrial motions, and at trial, if necessary. Finally, Ms. Perillo's assistance would also be more cost-effective at the CJA associate rate, and her work would not be duplicative.

      If the Court grants this application, it is respectfully requested that Ms. Perillo be approved at the CJA rate of $170.00 per hour, in light of her experience and the capital nature of this case, nunc pro tunc to August 28, 2025.

Hon. Lewis J. Liman
September 26, 2025
Page Two

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider