# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
_____

Rachel Perillo

REQUEST GRANTED.

6/15/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Tel: (212) 571-5500
Fax: (212) 571-5507

June 15, 2026

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Jones
                Including RANDY MACCOW,
                25 Cr. 345 (LJL)

Dear Judge Liman:

      Matthew Kluger and I represent Randy MacCow, the defendant in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act. This letter is respectfully submitted to request permission for Mr. Kluger and I, as well as assigned associate counsel, Rachel Perillo, to submit interim vouchers for attorney services performed under the Criminal Justice Act.

      Mr. MacCow is charged with murder and has not pleaded guilty.[1] The volume of work in this matter is extensive, including but not limited to the review of voluminous discovery, conducting mitigation, and meeting with the defendant at Hudson County Correctional Center. In light of the work already performed and the expected duration of continuing work, it would be a financial hardship for counsel to await conclusion of the entire case before billing for services. Accordingly, counsel respectfully requests that all counsel of record for Mr. MacCow be permitted to submit interim CJA vouchers.

      If this application is granted, all interim billing will be done in accordance with local rules and policies.

---

[1] On March 12, 2026, the government determined it will not be seeking the death penalty.

Hon. Lewis J. Liman
June 15, 2026
Page Two

      If the Court has any questions regarding this application, please do not hesitate to contact me.

                     Respectfully submitted,
                         /s/
                     Jeremy Schneider