ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

July 13, 2026

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The requested is GRANTED. The motion hearing is scheduled for 10:00 a.m. on August 26.
Date: July 15, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: United States v. Storm Jones
Including RANDY MACCOW,
25 Cr. 345 (LJL)

Dear Judge Liman:

Matthew Kluger and I represent Randy MacCow, a defendant in the above-referenced matter. This letter is respectfully submitted on behalf of all defendants to request a three-week extension of the current pretrial motion schedule to allow for the continuance of plea negotiations. The government, by AUSA Patrick Moroney, consents to this request.

Currently, defense motions are due tomorrow, July 14, 2026, the government's response is due by July 24, 2026, and defense replies are due by July 31, 2026, with a motion hearing scheduled for August 5, 2026 at 10:00 a.m. It is respectfully requested that the present deadlines be extended by three weeks, making defense motions due by August 4, the government's reply due by August 14, and defense replies by August 21; and that the motion hearing be adjourned to August 26, 2026. As the Court is aware, one defendant has pleaded guilty, and the remaining defendants are in serious plea negotiations with hopes of resolving this case before trial. An extension of the current motion deadline would enable the defendants to remain engaged in meaningful plea discussions. The defendants consent to the exclusion of speedy trial time.

If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc: All counsel of record (by ECF)